```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 17005
    LYNISE G NEWELL
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-5871


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/22/06 and confirmed on 04/20/07.

     2.  The case was dismissed after confirmation, 01/09/2009.

     3.  The Debtor paid a total of $   8667.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 3562.73 | .00 | 3562.73 |
| MADISON PARK CONDO ASSOC | SECURED | 5630.55 | .00 | 1962.76 |
| GAP | UNSECURED | NOT FILED | .00 | .00 |
| MID ATLANTIC FINANCE INC | UNSECURED | 8575.96 | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 294.62 | .00 | .00 |

```
          Summary of disbursements:
------------------------------------------------------------------------
                 SECURED    PRIORITY   UNSECURED     OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9193.28      .00    8870.58       .00    18063.86
PRINCIPAL PAID      5525.49      .00        .00       .00     5525.49
INTEREST PAID           .00      .00        .00       .00         .00
TOTAL PAID          5525.49      .00        .00       .00     5525.49
The Debtor's attorney, ERNESTO D BORGES JR            , was allowed $  3000.00
and was paid $    250.00   direct and $   2750.00  through the plan.

The Trustee received $     391.51 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/11/09                   /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 17005 LYNISE G NEWELL